IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS BENNETT, JR. | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Case No. 3:22-cv-31 |
| | ) | |
| FRANKSTOWN TOWNSHIP, et al. | ) | |
| Defendants. | ) | |

HEARING ON: Initial Rule 16 Case Management Telephone Conference

Before Judge: Stephanie L. Haines

Sammy Sugiura, Esq.  
Appeared for Plaintiff

Andrew M. Rongaus, Esq.  
Addison Murray, Esq.  
Appeared for Defendants

Hearing began: 6/15/22 @ 11:30 a.m.          Hearing concluded: 11:40 a.m.

Law Clerk: Samantha Stewart          Stenographer: Shirley Hall

Court convened for initial case management conference by telephone. The parties each gave a summary of the case. As to settlement, Plaintiff has provided Defendants with a demand and the parties will be mediating the case with mediator David White on August 22, 2022. The parties indicated there are no ESI issues at this time and that they are working on refining ESI search terms. The Court will enter the proposed initial scheduling order. Court adjourned.