# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Chris Bennett, Jr., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:22-cv-31 |
| | ) |
| v. | ) |
| | ) |
| Frankstown Township and George Henry, | ) |
| Kenneth Wertz, and James Callahan, | ) |
| in their official capacities, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ADR SESSION

A Mediation session is scheduled in the above captioned matter for August 22, 2022 at 8:30 a.m.

Attendance of the parties and principals will be in accordance with the Court's Alternative Dispute Resolution Policies and Procedures.

Date:  August 3, 2022                /s/David B. White, Esquire
                                     Signature of Neutral