UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRIS BENNETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> FRANKSTOWN TOWNSHIP, <br> et al., <br><br> Defendants. | Civil No.: 3:22-CV-00031-SLH <br><br> JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Christopher Bennett, Jr. hereby gives notice of the voluntary dismissal of all claims in the Complaint against Defendants, George Henry, Kenneth Wertz, and James Callahan, **WITH PREJUDICE.**

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: September 19, 2022

By: */s/ Joshua P. Ward, Esq.*
Joshua P. Ward (Pa. I.D. No. 320347)

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206
Counsel for Plaintiff

AND NOW, this 28th day of September, 2022, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE