Case 3:22-cv-00031-SLH Document 26 Filed 10/11/22 Page 1 of 1

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS BENNETT, JR., | : | Civil No.: 3:22-CV-00031-SLH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANKSTOWN TOWNSHIP | : | |
| | : | |
| Defendant | : | |

### STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

Plaintiff Christopher Bennett, Jr. and Defendant Frankstown Township hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

J.P. WARD & ASSOCIATES, LLC.                    SIANA LAW

By: /s/ Joshua P. Ward, Esq.                    By: _____

Joshua P. Ward (Pa. I.D. No. 320347)            Andrew M. Rongaus, Esquire, I.D. #87423
J.P. Ward & Associates, LLC                     D. Addison Murray, Esquire, I.D. #330036
The Rubicon Building                            941 Pottstown Pike, Suite 200
201 South Highland Avenue, Suite 201            Chester Springs, PA 19425
Pittsburgh, PA 15206                            Attorneys for Defendant Frankstown Twp.
Counsel for the Plaintiff

### ORDER

AND NOW, this ___11th___ day of October, 2022, IT IS DO ORDERED.

_____
Stephanie L. Haines
UNITED STATE DITSRICT JUDGE